leave to appeal to the Court of Appeals granted.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.   Settle order on notice, containing question or questions to be certified.

WILLIAM SCHWIND, Respondent, v. VILLAGE OF FREEPORT, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARVEL P. SCHWIND, Respondent, v. VILLAGE OF FREEPORT, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THOMAS M. STANLEY, Respondent, v. DANIEL J. LEARY and Another, Copartners, etc., Appellants.— Motion to resettle order denied.   Present — Kelly, P. J., . Jaycox, Manning, Young and Kapper, JJ.

. WASYL TYZNIK, as Administrator, etc., of KATIE TYZNIK, Deceased, Respondent, v. GEORGE MELDRUM and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, and stay continued for thirty days to enable application to be made to the Court of Appeals.   Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

AUDLEY CLARKE COMPANY, Respondent, v. THE PERFECT BRICK & HOLLOW TILE CO., INC., and Another, Defendants, Impleaded with THOMAS A. NEVINS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL and Another, Appellants.— The 2d paragraph of the decretal portion of the order is modified to read as follows: Further ordered that Alvin C. Cass and Charles L. Apfel and all other persons holding partnership assets forthwith turn same over to and surrender them to said receiver, including all partnership real estate and mortgages, books of account, bills and records of liabilities and assets, all corporate stock purchased with the funds of said firm or standing in the name of said firm or either of said partners in the Caudit Traders, Inc., the Casco Traders, Inc., and the Long Beach Automobile & Storage Company, Inc., or any other corporation.   As so modified, the order is affirmed, without costs.   Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.   Settle order on notice.

CENTRAL-MOTT CORPORATION, Respondent, v. PIUS A. VAGNIER, Appellant, Impleaded with Others, Defendants.— Order striking out counterclaim reversed upon the law, with ten dollars costs and disbursements, and plaintiff's motion denied, with ten dollars costs.   We think that on the facts set out in the pleadings and affidavits, the matters stated in the counterclaim presented an issue to be determined at the trial.   The order striking out a similar counterclaim in the so-called injunction action, involving different issues, is not in our opinion *res adjudicata* on the present motion.   Kelly, P. J., Rich and Kapper, JJ., concur; Jaycox and Kelby, JJ., dissent.

FRANCES C. CLEARY, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Order and judgment unanimously affirmed, with costs.   No opinion.   The costs now taxed should not be duplicated upon the entry of final judgment.   Present — Rich, Jaycox, Manning, Young and Kapper, JJ.

47